# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| TERRENCE E. BABB, M.D., | : | No. 516 MAL 2015 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CENTRE COMMUNITY HOSPITAL; | : | |
| GEISINGER CLINIC; PENN STATE | : | |
| GEISINGER HEALTH SYSTEM; ROBIN | : | |
| E. OLIVER, M.D.; AND MICHAEL | : | |
| CHMIELEWSKI, M.D., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Eakin did not participate in the consideration or decision of this matter.